**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| Four Winds Behavioral Health, Inc. | * | |
| 4100 Barbara Loop SE, | * | CIVIL ACTION |
| Rio Rancho, New Mexico, | * | |
| | * | |
| *Plaintiff-Appellant* | * | NO. |
| | * | |
| versus | * | |
| | * | *DE NOVO* |
| The United States Small Business | * | REVIEW OF FINAL AGENCY |
| Administration | * | DECISION |
| *Defendant-Appellee* | * | |
| | * | |

*******************************************

**ORIGINAL COMPLAINT FOR JUDICIAL REVIEW**
**OF FINAL AGENCY DECISION**

The Original Complaint of Four Winds Behavioral Health, Inc. ("Four Winds"), hereby seeks Judicial Review of a Final Agency Decision dated October 6, 2023 by the United States Small Business Administration, through the Office of Hearings and Appeals, in the following particulars:

**I. PLAINTIFF-APPELLANT**

1. Four Winds is a distinctive treatment facility offering comprehensive service for addiction and mental health disorders under the care of Licensed Health Therapists and Licensed Alcohol and Drug Addiction Counselors.

2. Located at 4100 Barbara Loop SW, Rio Rancho, New Mexico, Four Winds is a 72-bed facility that allows clients to receive the highest available MH/SUD

1

treatment in the state, implemented by health-care providers with masters-degree levels of credentialing and higher.

## II.   DEFENDANT-APPELLEE

3. The Defendant-Appellee is the United States Small Business Administration ("SBA"), a Self-Regulatory Organization ("SRO") and an agency of the United States Department of the Treasury; in 1953, SBA replaced the Reconstruction Finance Corporation ("RFC") created by President Herbert Hoover to address the financial crisis of the Great Depression.

4. SBA's mission is to "...aid, counsel, assist and protect, insofar as is possible, the interests of small business concerns..."

5. The gravamen of Four Winds' complaint is the October 6, 2023 Final Denial of its application for Paycheck Protection Program ("PPP") for reasons that are clearly wrong and inconsistent with the SBA mission.

6. Constitutionally, Four Winds questions the SBA administrative structure which subjected Four Winds to a unconstitutional proceeding before an unconstitutional decision-maker, as decided in *Axon v. FTC* and *SEC v. Cochran*, decided on April 14, 2023 by the United States Supreme Court, Justice KAGAN speaking for a unanimous Court.

7. At no time during the appeal to the Honorable Joseph K. Essmyer, Jr., the Administrative Law Judge appointed without Article III credentials, nor compliance with the Appointments Clause of the United States Constitution, did ALJ Essmyer hold any hearings, administer oaths, make credibility calls or adjudicate disputes pursuant to any Code of Evidence.

8. The Appointments Clause, Article II, Section 2, Clause 2, controlling the rigors to be met by an agency of the government adjudicating Four Winds "core rights" provides, in pertinent part, as follows:

> [The President] shall have Power, by and with the Advice and Consent of the Senate to . . . . nominate . . . . Judges of the supreme Court and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

9. In *Axon v. FTC* and *SEC v. Cochran*, the following statement of law was made, which Four Winds incorporates and adopts in challenging the decision by SBA:

> In each of these two cases, the respondent in an administrative enforcement action challenges the constitutional authority of the agency to proceed. Both respondents claim that the agencies' administrative law judges (ALJs) are insufficiently accountable to the President, in violation of separation-of-powers principles. And one respondent attacks as well the combination of prosecutorial and adjudicatory functions in a single agency. **The challenges are fundamental, even existential. They maintain in essence that the agencies, as currently structured, are unconstitutional in much of their work.**

10. Four Winds concurs and challenges the SBA agency structure as required by *Ryder v, United States*, 515 U.S. 177 (1995).

### III. JURISDICTION AND VENUE

11. This Court has Jurisdiction to review the Final Agency Decision pursuant to Title 5 U.S.C. § 704 and the provisions of the Administrative Review Act, 5 U.S.C. Subchapter II, et seq.

12. Venue is proper in the United States District Court for the District of New Mexico pursuant to 5 U.S.C. § 703.

### IV. FACTUAL BACKGROUND

13. On April 2, 2020, Four Winds applied for a PPP loan in the amount of $497,146.75, approved by the lender on April 20, 2020; Four Winds applied for loan forgiveness on January 20, 2021.

14. When SBA denied PPP benefits on April 19, 2022, Four Winds filed a timely administrative appeal pursuant to 13 CFR § 134.1201(b) making the following claims under the following headings:

> I. APPOINTMENTS CLAUSE CHALLENGE
> II. CONSTITUTIONALLY-PROTECTED RIGHTS
> III. FACTUAL ERRORS
> IV. EQUITABLE CONSIDERATIONS

15. Because the ALJ appointed did not respond to the issues set forth in the Four Winds Appeal, it is filed herein as <u>Exhibit A</u> and incorporated herein fully and *in extenso*.

16. The October 6, 2023 Final Decision is filed herein as <u>Exhibit B</u>, for purposes of consideration **after** disposition of Four Winds' constitutional challenges.

17. In due course, however, the findings of fact regarding Garrett Reincke were clearly wrong as to his role in another entity and legally unavailable as a matter of equitable considerations at a time when the SBA's mission was disregarded, unwittingly or purposefully.

18. Pending receipt of the Administrative Record and discovery as to Article III credentials of ALJ Essmyer (no disrespect intended), Four Winds reserves the right to supplement its Request for Judicial Review of a Final Administrative Decision.

19. So too, further rulings by the United States Supreme Court in *Axon/Cochran* on the question by Justice KAGAN pend:

> **Our task today is not to resolve those challenges; rather, it is to decide where they may be heard.**

20. Four Winds prays for all legal and equitable relief and a reversal of the Final Denial by the SBA of PPP Loan Number 4520387005.

Respectfully submitted,

/s/ Henry L. Klein
Henry L. Klein
6244 Marshal Foch Street
New Orleans, LA, 70170
henryklein44@gmail.com

*Request for Relief Pursuant to Miscellaneous Rule 83.2(d) Pending before the Chief Judge*