# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FOUR WINDS BEHAVIORAL HEALTH, INC.,

    Plaintiff,

v.

                                                                                                                   No. 1:23-cv-00984-MIS-LF

UNITED STATES SMALL BUSINESS
ADMINISTRATION,

    Defendant.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order Dismissing Case Without Prejudice filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

    **IT IS ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED** without prejudice.

 

                                                               **MARGARET STRICKLAND**
                                                               UNITED STATES DISTRICT JUDGE